**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LEVI STRAUSS & CO., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> 2017SHARP, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. 18-cv-01258 <br><br> **Judge Manish S. Shah** <br><br> **Magistrate Judge Young B. Kim** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Levi Strauss & Co. ("LS&Co."), hereby dismisses this action with prejudice against the following Defendants:

| Defendant Name | Line No. |
|---|---|
| art_gem | 5 |
| china-folkart | 12 |
| zhaojiali889 | 59 |
| 5678XL Store | 2 |
| Leon baby flagship store | 32 |
| regrowgirl-3 | 45 |
| SAFEER Lingerie Store | 46 |
| xjzu | 58 |
| jadestone2008 | 25 |
| fashionaccessoriesclub Store | 19 |
| Thomas Li Online | 53 |
| Toplimit HuiBang Store | 54 |
| Men'S World | 36 |
| LEDINGSEN N1 Store | 31 |
| Qiu My World Store | 42 |
| topnovashoppping | 55 |
| KEKURILY | 28 |
| Liva girl trendy Store | 34 |
| CHRLEISURE Official Store | 13 |
| weweya Online Store | 57 |
| zhaowenhao2014 | 60 |

Dated this 13th day of April 2018.	Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Jessica L. Bloodgood
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jbloodgood@gbc.law

*Counsel for Plaintiff Levi Strauss & Co.*