IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEVI STRAUSS & CO., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>2017SHARP, et al., )<br>)<br>Defendants. )<br>) | Case No. 18-cv-01258<br><br>**Judge Manish S. Shah**<br><br>**Magistrate Judge Young B. Kim** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Plaintiff Levi Strauss & Co. ("LS&Co."), hereby dismisses this action without prejudice against the following Defendants, with leave to reinstate within thirty (30) days. If Plaintiff does not file a motion to reinstate within thirty (30) days, this dismissal will automatically convert to a dismissal with prejudice of the following Defendants:

| Defendant Name | Line No. |
|---|---|
| Daddy Chen Official Store | 16 |
| Sunshine Rainbow | 51 |
| kozonhee Store | 29 |
| Hi Goddess Store | 24 |
| Shop3107017 | 50 |
| SheSay Store | 48 |
| prettyfairy0006 | 40 |

Dated this 13th day of April 2018.    Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Jessica L. Bloodgood
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jbloodgood@gbc.law

*Counsel for Plaintiff Levi Strauss & Co.*