IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEVI STRAUSS & CO., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> 2017SHARP, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. 18-cv-01258 <br><br> **Judge Manish S. Shah** <br><br> **Magistrate Judge Young B. Kim** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Levi Strauss & Co. ("LS&Co."), hereby dismisses this action with prejudice against the following Defendant:

| Defendant Name | Line No. |
|---|---|
| GareMay Official Store | 21 |

Dated this 2nd day of May 2018.

Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Jessica L. Bloodgood
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jbloodgood@gbc.law

*Counsel for Plaintiff Levi Strauss & Co.*