IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEVI STRAUSS & CO., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> 2017SHARP, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. 18-cv-01258 <br><br> **Judge Manish S. Shah** <br><br> **Magistrate Judge Young B. Kim** |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on April 18, 2018 [38], in favor of Plaintiff Levi Strauss & Co. ("LS&Co.") and against the Defendants Identified in Schedule A in the amount of two hundred thousand dollars ($200,000) per Defaulting Defendant for willful use of counterfeit LEVI'S Trademarks in connection with the offer for sale and/or sale of products through at least the Defendant Internet Stores, and LS&Co. acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| Handmade Crochet factory | 23 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendants are hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated this 25th day of July 2018.

Respectfully submitted,

/s/ Amy C. Ziegler

Amy C. Ziegler
Justin R. Gaudio
Jessica L. Bloodgood
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jbloodgood@gbc.law

*Counsel for Plaintiff Levi Strauss & Co.*

Subscribed and sworn to me by Jessica L. Bloodgood, on this 25th day of July 2018.

Given under by hand and notarial seal.

CAITLIN SCHLIE
Official Seal
Notary Public – State of Illinois
My Commission Expires Nov 20, 2021

/s/ Caitlin Schlie
Notary Public

State of Illinois
County of Cook

2